1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   SOUTHERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| 9  UNITED STATES OF AMERICA, | CASE NO.:  19CR4192-JLS |
| 10              Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE STATUS HEARING |
| 11       v. | |
| 12  ANGEL HORACIO DELGADO-PARRA (1), and | |
| 13  SANTIAGO AVILEZ, JR. (2), | |
| 14              Defendants. | |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Status Hearing and to Exclude Time under the Speedy Trial Act is GRANTED.  The December 4, 2020 Status Hearing is hereby continued for both defendants to February 5, 2021 at 1:30 p.m. The Court finds the delay attributable to the continuance to be excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice for the reasons set forth in the Order of the Chief Judge No. 18 and subsequent related orders.

**SO ORDERED.**

Dated:  December 2, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge